UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                          CASE NO.: 6:15-bk-00764-CCJ

SHAWN KINNEY

            Debtors.                                                                Chapter 13
_____/

## RULE 3001(c) OBJECTION TO CLAIM NO. 3 OF CAVALRY SPV I, LLC

**COMES NOW**, the Debtor(s), Shawn Kinney, by and through the undersigned counsel, and hereby files this Objection to the Claim of Creditor, Cavalry SPV I, LLC, and as grounds in support thereof would state as follows:

1. The Creditor, Cavalry SPV I, LLC, filed a general unsecured Claim No. 3 on or about April 6, 2015, in the amount of $604.31.

2. Cavalry SPV I, LLC filed a Proof of Claim with an attachment, which provides minimal information as to the claim. It does not provide any statements, written agreements or invoices. The Debtors object that the claim has failed to attach sufficient documentation to establish a _prima facie_ proof of claim as required by Bankruptcy Rule 3001(c). In re Taylor, Case No. 6:06-bk-00570-KSJ; In re Sandifer, 318 B.R. 609, 611 (Bankr. M.D. Fla. 2004).

**WHEREFORE**, the Debtors, Shawn Kinney by and through the undersigned attorney, requests an Order sustaining this Objection and disallowing Claim No. 3 in its entirety, as lacking any _prima facie_ validity, and order such other and further relief as is just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by Electronic Notice or First Class U.S. Mail, postage pre-paid to: Cavalry SPV I, LLC, c/o Bass & associates, P.C., 3936 E. Ft. Lowell Suite 200, Tucson, AZ 85712; Laurie K. Weatherford, Chapter 13 Trustee, PO BOX 3450, Winter Park, FL 32790-3450; and Debtor(s), Shawn Kinney, 1843 Burton Dr, Saint Cloud, FL 34771, on this 4th Day of June, 2015.

Respectfully Submitted,

/s/ SOPHIA C DEAN, ESQ.
Sophia C Dean, Esq.
Attorney for Debtors
Kaufman, Englett and Lynd, PLLC
150 N. Orange Ave, Suite 100
Orlando, FL 32801
Fla. Bar No.: 92295
Telephone: 407.513.1900
Facsimile: 407.309.5900